IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MORGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDEX CORPORATION and FEDEX EXPRESS,<br><br>    Defendants.<br>_____/ | No. C 09-04217 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

    This matter is set for a hearing on December 18, 2009 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 29, 2009 and a reply brief shall be filed by no later than November 5, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: October 15, 2009

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE