HARRY G. LEWIS (SBN 157705)
GORDON W. RENNEISEN (SBN 129794)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone: (415) 974-1900
Facsimile: (415) 974-6433
E-mail: hlewis@cornerlaw.com
grenneisen@cornerlaw.com

DOUGLAS A. KAHN, ESQ. (SBN 120790)
LAW OFFICES OF DOUGLAS A. KAHN
1299 Fourth Street, Suite 307
San Rafael, California 94901
Telephone: (415) 460-2888
Fax: (415) 460-2730
E-mail: dougkahn@pacbell.net

Attorneys for Plaintiff NANCY MORGAN and all others similarly situated

DAVID S. WILSON, III (Bar No. 174185)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
TEL: (949) 862-4656
FAX: (949) 862-4605
**dswilson@fedex.com**

**Attorneys for Defendants**
**FEDEX CORPORATION and FEDERAL EXPRESS CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MORGAN, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION and FEDEX EXPRESS,<br><br>Defendants. | CASE NO. CV09-4217 JSW<br><br>Assigned to U.S. District Judge Jeffrey S. White<br>Courtroom 11<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER**<br><br>Complaint Filed: September 11, 2009<br>Trial Date: None Set |

**WHEREAS** Defendants' Amended Motion to Dismiss in this matter was served on Plaintiff on October 15, 2009, and the Court has ordered that Plaintiff's opposition is due no later than October 29, 2009 and Defendants' reply is due no later than November 5, 2009;

**WHEREAS** the hearing on Defendants' motion is set for December 18, 2009;

1     **WHEREAS** Plaintiff and Defendants agree that additional time is necessary to adequately
2 prepare the briefs in question;

3     **IT IS HEREBY STIPULATED** by and between Plaintiff Nancy Morgan and Defendants
4 FedEx Corporation and Federal Express Corporation d/b/a FedEx Express that Plaintiff's deadline
5 for filing its opposition is extended to November 5, 2009 and Defendants' deadline for filing its
6 reply is extended to November 12, 2009;

7     **IT IS SO STIPULATED.**

8 DATED: October 27, 2009      FEDERAL EXPRESS CORPORATION

10      By:    /s/
     David S. Wilson, III
11      Attorneys for Defendants
     FedEx Corporation and Federal Express Corporation

13 DATED: October 27, 2009      CORNERSTONE LAW GROUP

15      By:    /s/
     Harry Lewis
16      Attorneys for Plaintiff
     Nancy Morgan

18 There was no showing of good cause, but because the time to file is so close,
19 ~~Good cause appearing,~~ Plaintiff's and Defendants' deadlines for briefing regarding
20 Defendants' motion to dismiss in the subject matter shall be extended to the dates set forth above.
    Any further stipulations in this matter for continuances must demonstrate
21 **IT IS SO ORDERED**: good cause or will be denied.

22 Date: October 28, 2009      _/s/ Jeffrey S. White_
     Jeffrey S. White
23      UNITED STATES DISTRICT JUDGE