IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY MORGAN,

    Plaintiff,

  v.

FEDEX CORPORATION and FEDEX EXPRESS,

    Defendants.

No. C 09-04217 JSW

**ORDER VACATING HEARING**

This matter comes before the Court upon consideration of Defendants' motion to dismiss. Having considered the parties' papers, relevant legal authority, and the record in this case, the Court finds the motion suitable for resolution without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing date of December 18, 2009 is HEREBY VACATED, and the Court shall issue an Order in due course.

**IT IS SO ORDERED.**

Dated: December 16, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE