DAVID S. WILSON, III  (Bar No. 174185)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
TEL: (949) 862-4656
FAX: (949) 862-4605
**dswilson@fedex.com**

**Attorneys for Defendants**
**FEDEX CORPORATION and**
**FEDERAL EXPRESS CORPORATION**

HARRY G. LEWIS  (Bar No. 157705)
**CORNERSTONE LAW GROUP**
595 Market Street, Suite 2360
San Francisco, CA 94105
TEL: (415) 974-1900
FAX: (415) 974-6433
**hlewis@fcornerlaw.com**

**Attorneys for Plaintiff**
**NANCY MORGAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MORGAN, individually and on behalf of all other similarly situated persons,<br><br>              Plaintiff,<br><br>    v.<br><br>FEDEX CORPORATION and FEDEX EXPRESS,<br><br>              Defendants. | CASE NO.  CV09-4217 JSW<br><br>Assigned to U.S. District Judge Jeffrey S. White Courtroom 11<br><br>~~STIPULATION SEEKING~~ **ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12**<br><br>**Current Hearing Date: January 8, 2010**<br>**Requested Hearing Date: January 15, 2010**<br>**Time: 1:30 p.m.**<br>**Dept.: Courtroom 11, 19th floor**<br>**Hon. Jeffrey S. White**<br><br>Complaint Filed:   September 11, 2009<br>Trial Date:  None Set |

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

---

1

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING          CV09-4217 JSW

**WHEREAS** the pretrial conference in this matter is currently set for January 8, 2010;

**WHEREAS** counsel for Defendants will be attending a mandatory settlement conference in another state on January 8, 2010, for a case that is set for trial in March;

**WHEREAS** on January 15, 2010, Defendants will be before this Court for an initial case management conference in another matter;

**WHEREAS** Plaintiff Nancy Morgan has no objection to the continuation of the initial case management hearing to January 15, 2010;

**IT IS HEREBY STIPULATED** by and between Plaintiff Nancy Morgan and Defendant Federal Express Corporation that the initial case management conference be continued for one week until Friday, January 15, 2010. The parties jointly seek an Order so moving the ~~pretrial~~ case management conference.

DATED: January 4, 2010     By:    /S/ Harry G. Lewis
                                  _____
                                  HARRY G. LEWIS
                                  Attorney for Plaintiff
                                  NANCY MORGAN

DATED: January 4, 2010     By:    /S/ David S. Wilson, III
                                  _____
                                  DAVID S. WILSON, III
                                  Attorney for Defendant
                                  FEDERAL EXPRESS CORPORATION

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, DAVID S. WILSON, III, hereby declare as follows:

I am the attorney of record for Defendant Federal Express Corporation in this action and am duly licensed to practice law in the State of California and in the U.S. District Court for the Northern District of California.

I hereby attest that concurrence from attorney Harry G. Lewis has been obtained in the filing of this Stipulation.

I declare under the penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California, this 4th day of January, 2009.

                                  /S/ David S. Wilson, III
                                  _____
                                  DAVID S. WILSON, III

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING          CV09-4217 JSW

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

3 DATED: <u>January 5</u>, 2010      _____
                                    U.S. DISTRICT JUDGE
4                                   JEFFREY S. WHITE

7 805116

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

3

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING         CV09-4217 JSW