IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY MORGAN,

    Plaintiff,

v.

FEDEX CORPORATION and FEDEX EXPRESS,

    Defendants.

                                      /

No. C 09-04217 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the letter dated November 1, 2010 and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: November 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani