UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY MORGAN, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION and FEDEX EXPRESS,<br><br>Defendants. | CASE NO. CV09-4217 JSW<br><br>Assigned to: Honorable Jeffrey S. White<br>Courtroom: 11, 19th Floor<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST FOR CONTINUANCE AND STIPULATION TO CONTINUE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT HEARING TO** ~~DECEMBER 17, 2010~~<br><br>**Hearing Date: December 3, 2010**<br>**Time: 9:00 a.m.**<br>**Courtroom: 11, 19th Floor**<br><br>Complaint Filed: September 11, 2009<br>Trial Date: February 7, 2011 |

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1
[~~PROPOSED~~] ORDER GRANTING REQUEST FOR CONTINUANCE AND STIPULATION
CV09-4217 JSW

1  Good cause appearing, and based on the foregoing Stipulation To Continue

2  Defendants' Motion For Summary Judgment Hearing Date to ~~December 17, 2010,~~ January 28, 2011 the

3  order continuing the hearing on Defendants' Motion for Summary Judgment is

4  GRANTED. Opposition and reply brief due dates are moved, accordingly.

5  The pretrial conference is CONTINUED to April 11, 2011 at 2:00 p.m. and the trial is CONTINUED to May 2, 2011 at 8:00 a.m.

6  IT IS SO ORDERED.

8  Dated: November 8, 2010   _____
    UNITED STATES DISTRICT JUDGE
9   HONORABLE JEFFREY S. WHITE

11  845619

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2
[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE AND STIPULATION
CV09-4217 JSW