**United States District Court**
For the Northern District of California

1

2

3

4

5        IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    NANCY MORGAN,                                   No. C-09-04217 JSW (EDL)

9            Plaintiff,                              **ORDER REGARDING PARTIES'**
                                                     **JANUARY 7, 2011 LETTER**
10     v.

11   FEDEX CORP,

12           Defendant.
                                        /
13

14        On January 18, 2011, the Court held a discovery hearing regarding issues raised in the

15   parties' January 7, 2011 letter.  For the reasons stated at the hearing, Defendant shall provide names

16   and contact information of former employees in response to Interrogatories 15-17 for the time period

17   from January 1, 2007 through May 31, 2009 and for three locations (the Oakland Hub, Western

18   Region Sort Operations at Edes Avenue in Oakland and Oakland RTD Operations in San Leandro).

19   The parties shall meet and confer regarding Defendant's response to Interrogatory 18 in light of the

20   Court's guidance.

21        **IT IS SO ORDERED.**

22   Dated: January 18, 2011

23                                              _Elizabeth D. Laporte_
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge
24

25

26

27

28